| United States Bankruptcy Court<br>Northern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Starfire Systems, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>14-1712028 | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>Malta Commons Business Park<br>100 Saratoga Village Boulevard, Suite 20<br>Malta, NY 12020    ZIP CODE 12020-0000 | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Saratoga | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>  ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition
*(This page must be completed and filed in every case)* | Name of Debtor(s):
Starfire Systems, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location
Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location
Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual
whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☒ Exhibit A is attached and made a part of this petition. | X _____
Signature of Attorney for Debtor(s)              Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Starfire Systems, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor  Herb Armstrong

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X /s/ Richard L. Weisz, Esq.
Signature of Attorney for Debtor(s)

Richard L. Weisz, Esq.
Printed Name of Attorney for Debtor(s)

Hodgson Russ LLP
Firm Name

677 Broadway, Suite 301
Albany, New York
Address

Email: rweisz@hodgsonruss.com

(518) 465-2333
Telephone Number

August 12, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Herb Armstrong
Signature of Authorized Individual

Herb Armstrong
Printed Name of Authorized Individual

Chief Executive Officer
Title of Authorized Individual

August 12, 2009
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

# CORPORATE RESOLUTION
## OF
## THE BOARD OF DIRECTORS
## OF

## STARFIRE SYSTEMS, INC.

The undersigned, being the Board of Directors of **STARFIRE SYSTEMS, INC.** (the "Corporation"), a corporation organized and existing under the laws of the State of Delaware, hereby adopt and give their consent to the following resolution:

WHEREAS, in consideration of the financial condition of the Corporation, it is

RESOLVED, that the Corporation must file a Chapter 11 Bankruptcy Petition and the Chief Executive Officers are hereby given authority to take action as necessary. Both **Herbert A. Armstrong** and **Walter J. Sherwood**, as the Corporation's Chief Executive Officers, shall execute the necessary petition and schedules, and that **Hodgson Russ LLP** be retained to represent the Corporation in the bankruptcy proceeding.

IN WITNESS THEREOF, the undersigned, being all of the Board of Directors, have each executed this Consent, effective this _3/_ day of __July__, 2009.


_____
Peter A. Joseph


_____
Chester J. Opalka


_____
David C. Michaels


_____
Walter J. Sherwood

# United States Bankruptcy Court
## Northern District of New York

In re      Starfire Systems, Inc.                                      ,      Case No. _____

                                               Debtor      Chapter _____ 11 _____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to debtor's condition on
_____.

     a. Total assets                                   $_____ 2,699,546.00

     b. Total debts (including debts listed in 2.c.,below)     $_____ 3,597,276.68

                                                           Approximate number of

     c. Debt securities held by more than 500 holders.                      holders

| | | | Approximate number of holders |
|---|---|---|---|
| secured / /  unsecured / /  subordinated / / | $_____ 0.00 | | _____ 0 |
| secured / /  unsecured / /  subordinated / / | $_____ 0.00 | | _____ 0 |
| secured / /  unsecured / /  subordinated / / | $_____ 0.00 | | _____ 0 |
| secured / /  unsecured / /  subordinated / / | $_____ 0.00 | | _____ 0 |
| secured / /  unsecured / /  subordinated / / | $_____ 0.00 | | _____ 0 |

     d. Number of shares of preferred stock                _____ 0          _____ 0

     e. Number of shares of common stock                _____ 0          _____ 0

       Comments, if any:

3. Brief description of debtor's business:
       Polymer to ceramic technology development for government and private sector companies

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
       Palladium Equity Partner III, L.P.

# United States Bankruptcy Court
## Northern District of New York

In re    Starfire Systems, Inc.                                        Case No.

                                             Debtor(s)          Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Albany-Colonie Regional Chamber<br>of Commerce - Endowment Fund<br>1 Corporate Drive<br>Albany, NY 12205 | Albany-Colonie Regional Chamber of Commerce - Endowment Fund<br>1 Corporate Drive<br>Albany, NY 12205<br>(518) 431-1400 | Interest as of 8/11/09 will be $26,174.15 | | 100,000.00 |
| Baker Assoc.<br>79674 Liga<br>La Quinta, CA 92253 | Baker Assoc.<br>79674 Liga<br>La Quinta, CA 92253<br>(760) 777-8222 | | | 33,912.95 |
| Brody, Stuart H.<br>PO Box 127<br>Essex, NY 12936 | Brody, Stuart H.<br>PO Box 127<br>Essex, NY 12936<br>(518) 429-4283 | | | 40,000.00 |
| Butler Rowland Mays Architects, LLP<br>57 West High Street<br>Ballston Spa, NY 12020 | Butler Rowland Mays Architects, LLP<br>57 West High Street<br>Ballston Spa, NY 12020<br>(518) 885-1255 | | | 18,325.96 |
| Carter, DeLuca, Farrell & Schmidt, LLP<br>445 Broad Hollow Road<br>Melville, NY 11747 | Carter, DeLuca, Farrell & Schmidt, LLP<br>445 Broad Hollow Road<br>Melville, NY 11747<br>631-501-5700 | | | 66,943.00 |
| Clariant LSM (Florida)<br>12580 Collection Center Drive<br>Chicago, IL 60693 | Clariant LSM (Florida)<br>12580 Collection Center Drive<br>Chicago, IL 60693<br>(352)376-8246 | | | 19,404.00 |
| Dr. Harold G. Beurich<br>Friedrichstr. 8-10<br>Bruehl D-68782 | Dr. Harold G. Beurich<br>Friedrichstr. 8-10<br>Bruehl D-68782<br>49-90 06202-703766 | | | 39,000.00 |
| Krauss<br>Haug 24, Murr/Murr<br>Allemagr, D71711<br>Germany | Krauss<br>Haug 24, Murr/Murr<br>Allemagr, D71711<br>Germany<br>49-7144-809920 | Note: Euro Amount, not U.S. Dollars | | 27,575.50 |

In re    Starfire Systems, Inc.                                                    Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Link Testing<br>43855 Plymouth Oaks Blvd<br>Plymouth, MI 48170 | Link Testing<br>43855 Plymouth Oaks Blvd<br>Plymouth, MI 48170<br>(734) 453-0800 | | | 13,140.00 |
| M S & E Resources, Inc.<br>31 Cortland Drive<br>New Milford, CT 06776-5740 | M S & E Resources, Inc.<br>31 Cortland Drive<br>New Milford, CT 06776-5740<br>(860) 355-8031 | | | 10,512.44 |
| Nova Molecular Technologies<br>P.O. Box 1451<br>Milwaukee, WI 53201-1451 | Nova Molecular Technologies<br>P.O. Box 1451<br>Milwaukee, WI 53201-14<br>(608) 754-6682 | | | 8,880.00 |
| Paratus Technology Solutions<br>Eric Hall<br>Austin, TX 78701 | Paratus Technology Solutions<br>Eric Hall<br>Austin, TX 78701<br>liwhalen@hotmail.com | | | 73,600.00 |
| Physical Sciences<br>20 New England Business Center<br>Andover, MA 01810-1077 | Physical Sciences<br>20 New England Business Center<br>Andover, MA 01810-1077<br>(978) 689-0003 | | | 30,000.00 |
| Southwest Research Inst.<br>P.O. Box 841671<br>Dallas, TX 75284-1671 | Southwest Research Inst.<br>P.O. Box 841671<br>Dallas, TX 75284-1671<br>(210) 522-5089 | | | 129,687.62 |
| Syracuse University<br>Bursar Operations<br>Syracuse, NY 13244-1140 | Syracuse University<br>Bursar Operations<br>Syracuse, NY 13244-1140<br>(315) 443-6000 | | | 30,191.70 |
| The Research Foundation of SUNY<br>Attention: Cash Receipts Dept.<br>Albany, NY 12201-0909 | The Research Foundation of SUNY<br>Attention: Cash Receipts Dept.<br>Albany, NY 12201-0909<br>(518) 437-3888 | | | 10,010.85 |
| Troy Boiler Works, Inc.<br>2800 Seventh Avenue<br>Troy, NY 12180-1587 | Troy Boiler Works, Inc.<br>2800 Seventh Avenue<br>Troy, NY 12180-1587<br>(518) 274-2650 | | | 10,613.33 |
| United Step I, LLC<br>300 Jordan Road<br>Troy, NY 12180 | United Step I, LLC<br>300 Jordan Road<br>Troy, NY 12180<br>(518) 687-7305 | | Disputed | 355,622.04 |

In re    Starfire Systems, Inc.                                                    Case No. _____

_____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| Washington Alliance Group, Inc.<br>923 Fifteenth Street N.W.<br>Washington, DC 20005 | Washington Alliance Group, Inc.<br>923 Fifteenth Street N.W.<br>Washington, DC 20005<br>(425) 889-4106 | | | 38,000.00 |
| Whiteman Osterman & Hanna<br>One Commerce Plaza<br>Albany, NY 12260 | Whiteman Osterman & Hanna<br>One Commerce Plaza<br>Albany, NY 12260<br>(518) 487-7600 | | | 41,443.12 |

In re  <u>Starfire Systems, Inc.</u>                                 Case No.  <u>                          </u>

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  <u>August 12, 2009</u>                  Signature   <u>/s/  Herb Armstrong                         </u>

                                                      Herb Armstrong

                                                      Chief Executive Officer

*    Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re    Starfire Systems, Inc. _____ ,

                        Debtor                    Case No.

                                                  Chapter    11

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
14-1712028 _____

## CERTIFICATION OF MAILING MATRIX

20 LARGEST UNSECURED CREDITORS

I,(we),  Richard L. Weisz, Esq.  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:    August 12, 2009 _____

Richard L. Weisz, Esq.
Hodgson Russ LLP
Attorneys for Debtor/Petitioner
677 Broadway, Suite 301
Albany, New York  12207
(518) 465-2333

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Albany-Colonie Regional Chamber
  of Commerce - Endowment Fund
1 Corporate Drive
Albany, NY 12205

Baker Assoc.
79674 Liga
La Quinta, CA 92253

Brody, Stuart H.
PO Box 127
Essex, NY 12936

Butler Rowland Mays Architects, LLP
57 West High Street
Ballston Spa, NY 12020

Carter, DeLuca, Farrell & Schmidt, LLP
445 Broad Hollow Road
Melville, NY 11747

Clariant LSM (Florida)
12580 Collection Center Drive
Chicago, IL 60693

Dr. Harold G. Beurich
Friedrichstr. 8-10
Bruehl D-68782

Krauss
Haug 24, Murr/Murr
Allemagr, D71711
Germany

Link Testing
43855 Plymouth Oaks Blvd
Plymouth, MI 48170

M S & E Resources, Inc.
31 Cortland Drive
New Milford, CT 06776-5740

Nova Molecular Technologies
P.O. Box 1451
Milwaukee, WI 53201-1451

Paratus Technology Solutions
Eric Hall
Austin, TX 78701

Physical Sciences
20 New England Business Center
Andover, MA 01810-1077

Southwest Research Inst.
P.O. Box 841671
Dallas, TX 75284-1671

Syracuse University
Bursar Operations
Syracuse, NY 13244-1140

The Research Foundation of SUNY
Attention: Cash Receipts Dept.
Albany, NY 12201-0909

Troy Boiler Works, Inc.
2800 Seventh Avenue
Troy, NY 12180-1587

United Step I, LLC
300 Jordan Road
Troy, NY 12180

Washington Alliance Group, Inc.
923 Fifteenth Street N.W.
Washington, DC 20005

Whiteman Osterman & Hanna
One Commerce Plaza
Albany, NY 12260

# United States Bankruptcy Court
## Northern District of New York

In re   Starfire Systems, Inc.                                          Case No.
                                        Debtor(s)       Chapter      11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 6 | $2,699,546.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $2,425,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $1,172,276.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| TOTAL | | 24 | $2,699,546.00 | $3,597,276.68 | |

In re      **Starfire Systems, Inc.**                                ,      Case No. _____

                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

    **0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Starfire Systems, Inc.**                              ,     Case No. _____

                                             **Debtor**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | (at Debtor's Office) | - | 95.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | HSBC Bank, Route 7, Troy, NY (Brunswick Branch) - Checking Account | - | 138,546.00 |
| | | HSBC Bank, Route 7, Troy, NY (Brunswick Branch) - Savings Account | - | 5,862.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Malta Commons Business Park | - | 2,400.00 |
| | | NYSERDA | - | 7,853.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 154,756.00 |
| (Total of this page) | |

  <u> 2 </u>  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re    Starfire Systems, Inc.                                          ,    Case No. _____

                                    _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | (as of August 12, 2009) | - | 170,859.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                              Sub-Total >        170,859.00
                                                           (Total of this page)

Sheet   1   of   2   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re      Starfire Systems, Inc.                                              ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See schedule annexed hereto; value is book value (estimated fair market value) | - | 875,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Yamaha Motorcycle - used for testing purposes (not registered); value at book value | - | 2,928.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Schedule annexed hereto; value is book value -- June 30, 2009 | - | 160,095.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Schedule annexed hereto; value is book value -- June 30, 2009 | - | 1,260,000.00 |
| 30. Inventory. | | (as of July 31, 2009) | - | 75,907.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Stock Option/Promissory Note from Officer | - | 1.00 |

Sub-Total >     2,373,931.00
(Total of this page)
Total >     2,699,546.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Description

Original SMP-10
Diesel Particulate Filter #1
CVD-2000 (formerly SP2000)
DPF #2
DPF #1- Europe
Next Generation Matrix
Fiber Coatings
Fiber Coatings - CIP
Fiber Coatings - Europe
Me-H Siloxane Fluid
Cyclic Silanes
Dual Starblade Design
Polyramics
CaDimensions Software
Fire Proof Lock Box @ 10 Hermes (for Fire Dept)
Dell Optiplex GX300
Office Cubicle Panels
LAN installation
Fire proof File Cabinet
Xerox Scanner w/sftwr (front office)
Booth displays and Banners from Blass
Cubicles for Marketing office (2)
8 Portable Phones
MLX - 16 phones
4 Dell laptops
NAS Server, Seagate 500 gb HD - P:\
Quickbooks Financial Software
Conference Room Table
19 Black Office Chairs
48 cubicles & 12 filing cabinets
Phone & Computer Lines @ 107 Hermes
Document Scanner
Router w/ 8x5xNDB
Wiped Film Still
2L Flask
Stirrer
1/4 HP Stirrer
1-50L Pyrex Tanks, etc. (workup)
1-50L Pyrex Tanks, etc. (workup)
Glycol Cooling System w/pump
Eye Wash Station
Maxima Vacuum Pump
Unistrut frames/doors in Polymer lab
Grignard/reduction transfer pumps
Reactor feed pumps (2)
50L reactors (1)
50L reactors (1)
Glass body for wiped film evaporator
Centrifugal pumps (2)
Stirrer motor
Winch operated lift (walky-stacky)
Vacuum impregnator
Downdraft Table & wiring
Diaphragm Pump system
Brookfield Viscometer
Ro-tap Sieve/shaker
Sweco Separator unit
Stainless steel 3-door Freezer
Scotsman 850 lb Ice flaker

## Description

Shed for drum storage - THF Shed
4 drum spill containment pallet
Storage units for polymer/prod
Pallet racks
Mobile shelving unit
4 drum Denios Hazmat storage unit
72L Flask w/clamp
Abbe jar roller
QVF glass nutsche filter
72-drum Denios Hazmat storage locker
25kg Ohaus scale
Solvent Pumping
BR-MMPP4302 Glycol Power Pack Cooler
Waters - 717 Analytical Equipment
DMPCS Tubing
DMPCS Tubing Additions
AMRI Fine Chemical Trailer
Radio System
Scrubber
Cooling Tower
Masterflex Hazmat Duty Drive
Welch high vacuum pump in DMPCS trailer
Fume Hood
Chiller (1 of 3)
2 Buchi Reactors
Gas Chromatograph
Absolute Pressure Gauge
50gal Pfaudler Reactor (1 of 3)
Methoxylation Scale
Pump
Pump
Pump
Shed - HCL
Waste Tank
20gal Pfaudler Reactor
Wilden Pump
Welch DuoSeal Pump
Modular room for Brake production
CNC Lathe
Intelli switch & manifold for N2
200 Series Rotor Molds
LS-02 Tabletop
Airscan/C-Scan
Hydraulic Clicker Die
CNC Lathe Aluminum Pie Jaw
Silicone Rubber Press Pad
Chlorine Regulator
Regulator
72L Roundbottom Flask
Brookvield Viscometer
Kiln & Controller
Chart Recorder
Barstead Thermolyne Still
Data Acquisition System
Temp Controller
Integrator for GC
Wafer Boat Mold
Rebuilt Brembo Caliper
VC (Haverhill) Furnace

Description

2 kilns (crockpot & scarface)

Chemistry Software

Graphite rod fixture for heat treat in Thomas

2 kilns (crockpots) w/ lids and retorts

Lab scale

Zirconia ball mill media

16" Single Doctor Blade assembly

Aluminum topped Hotplate - Nuova

Flow switches for Count furnace

Micro T100 Turbidimeter

PH meter with electrode

2 kilns (crockpots 4 & 5)

Zirconia ball mill media

Measurelink Software

Tap Breeze analytical software

Ebara pump for Thomas (VC furnace)

Lab Flow Hoods (6' Flash Benchtop Fume)

L&L Liberty Bell Kiln

PHI Warm Press

Ansys Software used with FEA Software

JK 702H Lumonics Laser - at PSI

Portable Chiller - at PSI

5x5x5 Coordinate Measuring Machine (CMM)

Linear Voltage Displacement Transducer (LVDT)

Ohaus Adventure Pro Lab Equipment

Maxima dry vacuum pump (Fisher Scientific)

2006 Yamaha YZF-RI Motorcycle

Dynamometer First Installment

LVDV-I Prime Viscometer, small sample adaptor

Autoclave Infiltration Chamber

Nicolet Spectrometer

Corvette Rotor Mold

Molding Compound Mold

Roof Blowers 5000 CFM - Polymer lab - 10 Hermes

Plumbing Matl & Labor - Polymer lab - 10 Hermes

Electrical Labor - Polymer lab - 10 Hermes

Critical Airflow Systems * - AML 88.3%, 11.7% Polymers - 10 Hermes

Exhaust Fan - Polymer Only - 10 Hermes

Electrical Fitup for Scrubber, Waste Tank, & Chiller - 10 Hermes

Electrical Fitup to feed subpanel - 10 Hermes

Electrical work for DMPCS Trailer - 10 Hermes

Roof Exhaust for OEM Press - 10 Hermes

NYS OGS Permits on 107 Hermes

Scrubber Ventilation - 10 Hermes

Electrical work to connect kilns - 10 Hermes

Blower & Duct for Kilns - 10 Hermes

New Polymer Electrical - 10 Hermes

Piping for Waste Tank - 10 Hermes

Analytical Lab - 107 Hermes

Architectural Services - 107 Hermes

Cooling Tower

Vacuum Furnace Shell @ Troy Boiler (Open PO $18,920 - paid $10,616.33, balance remaining $8

Workup Tank

In re    Starfire Systems, Inc.               ,      Case No. _____

                            **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.**<br><br>Counter Point Ventures Fund, LP<br>3000 Troy-Schenectady Road<br>Schenectady, NY 12309 | | - | | Lien on all Assets<br><br>Interest as of 8/11/09 will be $3224.49<br><br>Value $     2,700,000.00 | | | | 50,000.00 | 0.00 |
| **Account No.**<br><br>Henry MacDonald<br>3 Beacon Hill Drive<br>Saratoga Springs, NY 12866 | | - | | Lien on all Assets<br><br>Interest as of 8/11/09 will be $1572.48<br><br>Value $     2,700,000.00 | | | | 50,000.00 | Unknown |
| **Account No.**<br><br>HSBC Bank f/k/a Marine Midland Bank<br>1 Marine Midland Center<br>18th Floor<br>Buffalo, NY 14203 | | - | | Lien on all Assets<br><br>Value $     2,700,000.00 | | | | 50,000.00 | 0.00 |
| **Account No.**<br><br>James Gibson<br>58 Lyons Place<br>Basking Ridge, NJ 07920-1914 | | - | | Lien on all Assets<br><br>Interest as of 8/11/09 will be $6449.04<br><br>Value $     2,700,000.00 | | | | 100,000.00 | 0.00 |
|   _1_   continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 250,000.00 | 0.00 |

In re  Starfire Systems, Inc. _____,   Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>K.W. Broekhuizen<br>Fernwood, 310 Miner Road<br>Porter Corners, NY 12859 | - | | Lien on all Assets<br><br>Interest as of 8/11/09 will be $1447.42<br><br>Value $            2,700,000.00 | | | | 25,000.00 | 0.00 |
| Account No.<br><br>Opalka Family Investment Partners, LP<br>6 Heather Ridge<br>Averill Park, NY 12018 | - | | Lien on all Assets<br><br>Interest as of 8/11/09 will be $3,190.39<br><br>Value $            2,700,000.00 | | | | 50,000.00 | 0.00 |
| Account No.<br><br>Palladium Equity Partner III, L.P.<br>1270 Avenue of the Americas<br>Suite 2200<br>New York, NY 10020 | - | | Lien on all Assets<br><br>Interest as of 8/11/09 will be $140,071.12<br><br>Value $            2,700,000.00 | | | | 2,000,000.00 | Unknown |
| Account No.<br><br>Philip Gross<br>8 Pellington Court<br>Pine Brook, NJ 07058 | - | | Lien on all Assets<br><br>Interest as of 8/11/09 will be $4836.76<br><br>Value $            2,700,000.00 | | | | 75,000.00 | 0.00 |
| Account No.<br><br>Richard Saburro<br>163 Circular Street<br>Saratoga Springs, NY 12866-2301 | - | | Lien on all Assets<br><br>Interest as of 8/11/09 will be $1612.27<br><br>Value $            2,700,000.00 | | | | 25,000.00 | 0.00 |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 2,175,000.00 | 0.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 2,425,000.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

.

In re    Starfire Systems, Inc.                                                              ,    Case No. _____
                                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Starfire Systems, Inc.                             ,    Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Adirondack 2-Way Radio Inc.<br>P.O. Box 1366<br>South Glens Falls, NY 12803 | | - | | | | | | | 111.22 |
| Account No.<br><br>Albany-Colonie Regional Chamber<br>of Commerce - Endowment Fund<br>1 Corporate Drive<br>Albany, NY 12205 | | - | | | Interest as of 8/11/09 will be $26,174.15 | | | | 100,000.00 |
| Account No. A965748<br><br>Arnoff Moving and Storage of Albany, Inc<br>7 Tivoli Street<br>Albany, NY 12207 | | - | | | | | | | 6,752.50 |
| Account No.<br><br>Baker Assoc.<br>79674 Liga<br>La Quinta, CA 92253 | | - | | | | | | | 33,912.95 |

  __11__  continuation sheets attached                         Subtotal                   140,776.67
                                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  S/N:25187-090714   Best Case Bankruptcy

In re    Starfire Systems, Inc.
_____ ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Best Refrigeration & Ice Systems 40 Washington Road Schenectady, NY 12302 | - | | | | | | 385.40 |
| Account No. | | | | | | | |
| Blanchard Photography c/o Stanley Blanchard Schenectady, NY 12309-4228 | - | | | | | | 951.75 |
| Account No. | | | | | | | |
| Brody, Stuart H. PO Box 127 Essex, NY 12936 | - | | | | | | 40,000.00 |
| Account No. | | | | | | | |
| Butler Rowland Mays Architects, LLP 57 West High Street Ballston Spa, NY 12020 | - | | | | | | 18,325.96 |
| Account No. StarF01 | | | | | | | |
| Cambridge Valley Machining 28 Perry La. Cambridge, NY 12816 | - | | | | | | 2,182.79 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 61,845.90

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Starfire Systems, Inc.                                                                          ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Carter, DeLuca, Farrell & Schmidt, LLP 445 Broad Hollow Road Melville, NY 11747 | - | | | | | | 66,943.00 |
| Account No. | | | | | | | |
| CFO Advisory Group, LLC 75 Troy Road East Greenbush, NY 12061 | - | | | | | | 2,000.00 |
| Account No. | | | | | | | |
| Clariant LSM (Florida) 12580 Collection Center Drive Chicago, IL 60693 | - | | | | | | 19,404.00 |
| Account No. | | | | | | | |
| CVD Diamond Corporation 2061 Piper Lane London, Ontario N5V 3S5 | - | | | | | | 871.00 |
| Account No. | | | | | | | |
| DFM Consulting, LLC 47-Meadowlawn Avenue Troy, NY 12180 | - | | | | | | 3,175.52 |

Sheet no. __2__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          92,393.52

In re   Starfire Systems, Inc.                                              ,        Case No. _____
                                            **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No. 50990**<br><br>Di-Coat Corporation<br>42900 W. Nine Mile Road<br>Novi, MI 48375 | - | | | | | | 1,326.90 |
| **Account No.**<br><br>Dr. Harold G. Beurich<br>Friedrichstr. 8-10<br>Bruehl D-68782 | - | | | | | | 39,000.00 |
| **Account No.**<br><br>Eastern Heating and Cooling<br>880 Broadway<br>Albany, NY 12207 | - | | | X | | X | 5,180.00 |
| **Account No.**<br><br>Elephant Racing<br>1043 Garland Avenue, Unit B<br>San Jose, CA 95126 | - | | | | | | 475.00 |
| **Account No. 380790**<br><br>Emerick Associates<br>1107 Loudon Road<br>Cohoes, NY 12047 | - | | | | | | 1,213.38 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                47,195.28

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Starfire Systems, Inc.                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> G&D Clarke Machinery Movers, Inc. <br> 30 Sagendorf Lane <br> Wynantskill, NY 12198 | - | | | | | | 3,120.00 |
| Account No. <br><br> Global Composites, Inc. <br> 5 McCrea Hill Road <br> Ballston Spa, NY 12020-5511 | - | | | | | | 4,136.16 |
| Account No. 120942 <br><br> Goodwin Procter <br> Exchange Place <br> Boston, MA 02109 | - | | | | | | 2,955.50 |
| Account No. 307790-3032826 <br><br> Hiscock & Barclay, LLP <br> 50 Beaver Street <br> Albany, NY 12207-2830 | - | | | | | | 2,421.00 |
| Account No. Starfire <br><br> J.W. Dynamics, Inc. <br> 13423 1/2 Alondra Blvd. <br> Santa Fe Springs, CA 90670 | - | | | | | | 7,431.98 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            20,064.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    Starfire Systems, Inc. _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 3144.04 - RW.144<br><br>Krauss<br>Haug 24, Murr/Murr<br>Allemagr, D71711<br>Germany | - | | | | Note: Euro Amount, not U.S. Dollars | | | | 27,575.50 |
| Account No.<br><br>Link Testing<br>43855 Plymouth Oaks Blvd<br>Plymouth, MI 48170 | - | | | | | | | | 13,140.00 |
| Account No. Stasymal<br><br>Littleford Day, Inc.<br>Box Number 771022<br>Chicago, IL 60677-1000 | - | | | | | | | | 500.00 |
| Account No.<br><br>M S & E Resources, Inc.<br>31 Cortland Drive<br>New Milford, CT 06776-5740 | - | | | | | | | | 10,512.44 |
| Account No. Star<br><br>M&P Lab<br>2210 Technology Drive<br>Schenectady, NY 12301 | - | | | | | | | | 239.00 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    51,966.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   Starfire Systems, Inc.                                              ,     Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Northeast Ceramic Supply, Inc. <br> 621 River Street <br> Troy, NY 12180 | - | | | | | | | 104.73 |
| Account No. 00-0000222 <br><br> Nova Molecular Technologies <br> P.O. Box 1451 <br> Milwaukee, WI 53201-1451 | - | | | | | | | 8,880.00 |
| Account No. <br><br> Office Furniture Express <br> 19 Warehouse Row <br> Albany, NY 12205 | - | | | | | | | 1,571.00 |
| Account No. 616043 <br><br> Omega Engineering, Inc. <br> P.O. Box 405369 <br> Atlanta, GA 30384-5369 | - | | | | | | | 85.48 |
| Account No. <br><br> Paratus Technology Solutions <br> Eric Hall <br> Austin, TX 78701 | - | | | | | | | 73,600.00 |

Sheet no. _6_ of _11_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,241.21

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    Starfire Systems, Inc.                                                    ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0844160 | | | | | | | |
| Performance Racing Industry 31706 South Coast Highway Laguna Beach, CA 92651 | - | | | | | | 795.00 |
| Account No. | | | | | | | |
| Physical Sciences 20 New England Business Center Andover, MA 01810-1077 | - | | | | | | 30,000.00 |
| Account No. | | | | | | | |
| Quality Material Inspection, Inc. 5442 Oceanus Drive Huntington Beach, CA 92649 | - | | | | | | 610.70 |
| Account No. | | | | | | | |
| Raloid Tool Co. Inc. PO Box 240 Stillwater, NY 12170 | - | | | | | | 1,410.00 |
| Account No. | | | | | | | |
| Ray Hodges 1664 Reflection Street San Marcos, CA 92078 | - | | | | | X | 3,000.00 |

Sheet no. __7___ of __11___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          35,815.70

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     Starfire Systems, Inc.                                    ,     Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>Savage Law Firm, P.C.<br>P. O. Box 4130<br>Ballston Lake, NY 12019-1160 | - | | | | | | 3,444.00 |
| **Account No. Starfire**<br><br>Snyder Engineering<br>216 Glen Drive<br>Fultonville, NY 12072 | - | | | | | | 1,365.00 |
| **Account No.**<br><br>Solvay Solexis<br>Chicago, IL 60673-1234 | - | | | | | | 615.00 |
| **Account No. 6547**<br><br>Source Research<br>P.O. Box 7537<br>Clearwater, FL 33758-7537 | - | | | | | | 245.87 |
| **Account No. G06300**<br><br>Southwest Research Inst.<br>P.O. Box 841671<br>Dallas, TX 75284-1671 | - | | | | | | 129,687.62 |

Sheet no. __8__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          135,357.49

In re    Starfire Systems, Inc.                                    ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> SPEC Consulting, LLC <br> 16 Computer Drive West <br> Albany, NY 12205 | - | | | | | | 888.36 |
| Account No. <br><br> Syracuse University <br> Bursar Operations <br> Syracuse, NY 13244-1140 | - | | | | | | 30,191.70 |
| Account No. 43931 <br><br> The Research Foundation of SUNY <br> Attention: Cash Receipts Dept. <br> Albany, NY 12201-0909 | - | | | | | | 10,010.85 |
| Account No. <br><br> Thielking Associates, LLC <br> 4 Cayuga Court <br> Averill Park, NY 12018 | - | | | | | | 2,800.00 |
| Account No. Starfire <br><br> Troy Boiler Works, Inc. <br> 2800 Seventh Avenue <br> Troy, NY 12180-1587 | - | | | | | | 10,613.33 |

Sheet no. _9_ of _11_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
                       (Total of this page)    54,504.24

In re    Starfire Systems, Inc.                                    ,    Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Troy Tool & Engineering<br>2784 6th Avenue<br>Troy, NY 12180 | - | | | | | | 2,900.00 |
| Account No.<br><br>Truman Solutions<br>4 Country Squire Court<br>Saratoga Springs, NY 12866 | - | | | | | | 637.50 |
| Account No. 9218181<br><br>TUV SUD America<br>PO Box 350012<br>Boston, MA 02241-0512 | - | | | | | | 3,223.43 |
| Account No.<br><br>United Step I, LLC<br>300 Jordan Road<br>Troy, NY 12180 | - | | | | | X | 355,622.04 |
| Account No. 538086-001<br><br>Univar USA Inc.<br>13009 Collections Center Drive<br>Chicago, IL 60693 | - | | | | | | 6,075.00 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            368,457.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

In re    Starfire Systems, Inc.                                    ,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Washington Alliance Group, Inc. 923 Fifteenth Street N.W. Washington, DC 20005 | - | | | | | | | 38,000.00 |
| Account No. | | | | | | | | |
| West Branch, Inc. 235 Daniels Road Saratoga Springs, NY 12866 | - | | | | | | | 214.00 |
| Account No. 077896 | | | | | | | | |
| Whiteman Osterman & Hanna One Commerce Plaza Albany, NY 12260 | - | | | | | | | 41,443.12 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
| --- | --- | --- |
| Subtotal (Total of this page) | | 79,657.12 |
| Total (Report on Summary of Schedules) | | 1,172,276.68 |

In re      Starfire Systems, Inc.                             ,       Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Lake View Outlets, Inc.<br>240 Clifton Corporate Parkway<br>Clifton Park, NY 12065 | Malta Commons Business Park - Office Space;<br>August - December, 2009 at $2,400.00. |
| NYSERDA<br>Washington Avenue Extension<br>Albany, NY 12205 | 110 Hermes Road, Malta, New York, 12020 |
| United Step I, LLC c/o Earl Redding Esq.<br>Roemer Wallens & Mineau, LLP<br>13 Columbia Circle<br>Albany, NY 12203 | 107 Hermes Road, Malta, New York, 12020 |

   0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Starfire Systems, Inc.                                 ,     Case No. _____

                                       Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

  0
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Northern District of New York

In re    Starfire Systems, Inc.                              Case No. _____
                                     Debtor(s)            Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___26___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    August 12, 2009                           Signature    /s/ Herb Armstrong _____
                                                           Herb Armstrong
                                                       Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of New York

In re   Starfire Systems, Inc.                                  Case No. _____

                                                 Debtor(s)              Chapter      11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,479,341.00 | 2007 |
| $4,327,412.00 | 2008 |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                     SOURCE

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR<br>(Check Register to be Supplied) | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| | | $0.00 | $0.00 |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| United Step I, LLC v. Starfire Systems, Inc.; Index No. 00228992 | Rent | New York State Supreme Court, County of Rensselaer | Pending |

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Richard L. Weisz, Esq. Hodgson Russ LLP 677 Broadway, Suite 301 Albany, NY 12207 | August 10, 2009 | $20,000.00 (for bankruptcy filing) |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Richard L. Weisz, Esq.<br>Hodgson Russ LLP<br>677 Broadway, Suite 301<br>Albany, NY 12207 | November 26, 2008 | $5,000.00 (for litigation and advice) |
| Richard L. Weisz, Esq.<br>Hodgson Russ LLP<br>677 Broadway, Suite 301<br>Albany, NY 12207 | July 6, 2009 | $3,039.10 (for litigation and advice) |

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 107 Hermes Road, Malta, NY 12020 | N/A | September 1, 2008 - August 12, 2009 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Karen Buresh<br>Starfire Systems, Inc.<br>Malta Commons Business Park<br>100 Saratoga Village Boulevard, Suite 20<br>Malta, NY 12020 | Controller (Current) |
| David Michaels | Chief Financial Officer (Resigned September, 2008) |

None
☐
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| UHY Advisors NY, Inc. | 66 State Street<br>Albany, NY 12207 | 2003 - Present |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Karen Baresh, Controller | Starfire Systems, Inc.<br>Malta Commons Business Park<br>100 Saratoga Village Boulevard, Suite 20<br>Ballston Spa, NY 12020 |
| UHY Advisors NY, Inc. | 66 State Street<br>Albany, NY 12207 |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Palladium Equity Partner III, L.P.<br>1270 Avenue of the Americas<br>Suite 2200<br>New York, NY 10020 | |
| NYSERDA<br>Washington Avenue Extension<br>Albany, NY 12205 | |
| Counter Point Ventures Fund, L.P.<br>3000 Troy-Schenectady Road<br>Schenectady, NY 12309 | |
| Harris and Harris<br>New York, NY | |

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| July 31, 2009 | Karen Buresh, Controller; Karen Veltman | $75,907.00 (at Cost) |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| July 31, 2009 | Starfire Systems, Inc.<br>107 Hermes Road<br>Ballston Spa, NY 12020 |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Philip Gross, Harry Shadler, Jim Ashman | Directors | |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME            ADDRESS            DATE OF WITHDRAWAL

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Philip Gross | Director | |
| Harry Schadler | Director | |
| Jim Ashman | Director | |
| David Michaels | Chief Financial Officer | Resigned September, 2008 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   August 12, 2009          Signature    /s/ Herb Armstrong
                                          Herb Armstrong
                                          Chief Executive Officer

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# nited States Bankruptcy Court
## Northern District of New York

In re    Starfire Systems, Inc.           Case No. _____

                  Debtor(s)    Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept................................................... | $ _____ | * |
| Prior to the filing of this statement I have received | $ | |
| (including filing fee of $1,039.00)................................................ | 20,000.00 | |
| Balance Due ........................................................... | $ _____ | ** |

    *   As Allowed by Court

   **   To be Determined by Court

2.   The source of the compensation paid to me was:

    ☒ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ☒ Debtor     ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
       Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    August 12, 2009 _____       /s/  Richard L. Weisz _____
                                                Richard L . Weisz, Esq.
                                                Hodgson Russ LLP
                                                 677 Broadway, Suite 301
                                                 Albany, New York  12207
                                                 (518) 465-2333

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re    Starfire Systems, Inc.
_____

                              Debtor              Case No.

                                         Chapter    11

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
14-1712028
_____

## CERTIFICATION OF MAILING MATRIX

I,(we),  Richard L . Weisz, Esq.  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:    August 12, 2009

                              /s/  Richard L. Weisz
                              _____
                              Richard L . Weisz, Esq.
                              Hodgson Russ LLP
                              Attorneys for Debtor/Petitioner
                              677 Broadway, Suite 301
                              Albany, New York  12207
                              (518) 465-2333

F:LR1007 (10/19/99)

Adirondack 2-Way Radio Inc.
P.O. Box 1366
South Glens Falls, NY 12803


Albany-Colonie Regional Chamber
 of Commerce - Endowment Fund
1 Corporate Drive
Albany, NY 12205


Arnoff Moving and Storage of Albany, Inc
7 Tivoli Street
Albany, NY 12207


Baker Assoc.
79674 Liga
La Quinta, CA 92253


Best Refrigeration & Ice Systems
40 Washington Road
Schenectady, NY 12302


Blanchard Photography
c/o Stanley Blanchard
Schenectady, NY 12309-4228


Brody, Stuart H.
PO Box 127
Essex, NY 12936


Butler Rowland Mays Architects, LLP
57 West High Street
Ballston Spa, NY 12020


Cambridge Valley Machining
28 Perry La.
Cambridge, NY 12816


Carter, DeLuca, Farrell & Schmidt, LLP
445 Broad Hollow Road
Melville, NY 11747


CFO Advisory Group, LLC
75 Troy Road
East Greenbush, NY 12061

Clariant LSM (Florida)
12580 Collection Center Drive
Chicago, IL 60693


Counter Point Ventures Fund, LP
3000 Troy-Schenectady Road
Schenectady, NY 12309


CVD Diamond Corporation
2061 Piper Lane
London, Ontario N5V 3S5


DFM Consulting, LLC
47-Meadowlawn Avenue
Troy, NY 12180


Di-Coat Corporation
42900 W. Nine Mile Road
Novi, MI 48375


Dr. Harold G. Beurich
Friedrichstr. 8-10
Bruehl D-68782


Eastern Heating and Cooling
880 Broadway
Albany, NY 12207


Elephant Racing
1043 Garland Avenue, Unit B
San Jose, CA 95126


Emerick Associates
1107 Loudon Road
Cohoes, NY 12047


G&D Clarke Machinery Movers, Inc.
30 Sagendorf Lane
Wynantskill, NY 12198


Global Composites, Inc.
5 McCrea Hill Road
Ballston Spa, NY 12020-5511

Goodwin Procter
Exchange Place
Boston, MA 02109


Henry MacDonald
3 Beacon Hill Drive
Saratoga Springs, NY 12866


Hiscock & Barclay, LLP
50 Beaver Street
Albany, NY 12207-2830


HSBC Bank f/k/a Marine Midland Bank
1 Marine Midland Center
18th Floor
Buffalo, NY 14203


Internal Revenue Service
Department of the Treasury
Andover, MA 05501-0012


Internal Revenue Service
Bankruptcy Insolvency Unit, 5th Floor
Leo O'Brien Building, 1 Clinton Avenue
Albany, NY 12207


J.W. Dynamics, Inc.
13423 1/2 Alondra Blvd.
Santa Fe Springs, CA 90670


James Gibson
58 Lyons Place
Basking Ridge, NJ 07920-1914


K.W. Broekhuizen
Fernwood, 310 Miner Road
Porter Corners, NY 12859


Kevin Purcell, Esq.
Office of the United States Trustee
74 Chapel Street
Albany, NY 12207

Krauss
Haug 24, Murr/Murr
Allemagr, D71711
Germany


Lake View Outlets, Inc.
240 Clifton Corporate Parkway
Clifton Park, NY 12065


Link Testing
43855 Plymouth Oaks Blvd
Plymouth, MI 48170


Littleford Day, Inc.
Box Number 771022
Chicago, IL 60677-1000


M S & E Resources, Inc.
31 Cortland Drive
New Milford, CT 06776-5740


M&P Lab
2210 Technology Drive
Schenectady, NY 12301


Northeast Ceramic Supply, Inc.
621 River Street
Troy, NY 12180


Nova Molecular Technologies
P.O. Box 1451
Milwaukee, WI 53201-1451


NYS Department of Taxation & Finance
Attn: Bankruptcy Insolvency Unit
P.O. Box 5300
Albany, NY 12205-0300


NYSERDA
Washington Avenue Extension
Albany, NY 12205


Office Furniture Express
19 Warehouse Row
Albany, NY 12205

Omega Engineering, Inc.
P.O. Box 405369
Atlanta, GA 30384-5369


Opalka Family Investment Partners, LP
6 Heather Ridge
Averill Park, NY 12018


Palladium Equity Partner III, L.P.
1270 Avenue of the Americas
Suite 2200
New York, NY 10020


Paratus Technology Solutions
Eric Hall
Austin, TX 78701


Performance Racing Industry
31706 South Coast Highway
Laguna Beach, CA 92651


Philip Gross
8 Pellington Court
Pine Brook, NJ 07058


Physical Sciences
20 New England Business Center
Andover, MA 01810-1077


Quality Material Inspection, Inc.
5442 Oceanus Drive
Huntington Beach, CA 92649


Raloid Tool Co. Inc.
PO Box 240
Stillwater, NY 12170


Ray Hodges
1664 Reflection Street
San Marcos, CA 92078


Richard L. Weisz, Esq.
Hodgson Russ LLP
677 Broadway, Suite 301
Albany, NY 12207

Richard Saburro
163 Circular Street
Saratoga Springs, NY 12866-2301


Savage Law Firm, P.C.
P. O. Box 4130
Ballston Lake, NY 12019-1160


Snyder Engineering
216 Glen Drive
Fultonville, NY 12072


Solvay Solexis
Chicago, IL 60673-1234


Source Research
P.O. Box 7537
Clearwater, FL 33758-7537


Southwest Research Inst.
P.O. Box 841671
Dallas, TX 75284-1671


SPEC Consulting, LLC
16 Computer Drive West
Albany, NY 12205


Syracuse University
Bursar Operations
Syracuse, NY 13244-1140


The Research Foundation of SUNY
Attention: Cash Receipts Dept.
Albany, NY 12201-0909


Thielking Associates, LLC
4 Cayuga Court
Averill Park, NY 12018


Troy Boiler Works, Inc.
2800 Seventh Avenue
Troy, NY 12180-1587

Troy Tool & Engineering
2784 6th Avenue
Troy, NY 12180


Truman Solutions
4 Country Squire Court
Saratoga Springs, NY 12866


TUV SUD America
PO Box 350012
Boston, MA 02241-0512


United States Attorney
Northern District of New York
P.O. Box 7198
Syracuse, NY 13261-7187


United Step I, LLC
300 Jordan Road
Troy, NY 12180


United Step I, LLC c/o Earl Redding Esq.
Roemer Wallens & Mineau, LLP
13 Columbia Circle
Albany, NY 12203


Univar USA Inc.
13009 Collections Center Drive
Chicago, IL 60693


Washington Alliance Group, Inc.
923 Fifteenth Street N.W.
Washington, DC 20005


West Branch, Inc.
235 Daniels Road
Saratoga Springs, NY 12866


Whiteman Osterman & Hanna
One Commerce Plaza
Albany, NY 12260

# United States Bankruptcy Court
## Northern District of New York

In re    Starfire Systems, Inc.                    Case No.           

                 Debtor(s)          Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Starfire Systems, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

Date:   August 12, 2009

/s/   Richard L. Weisz

Richard L. Weisz, Esq.

Signature of Attorney or Litigant

Counsel for   Starfire Systems, Inc.

Hodgson Russ LLP

677 Broadway, Suite 301
Albany, New York  12207
(518) 465-2333