UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:

        STARFIRE SYSTEMS, INC.,

                          Debtor.

Case No. 09-12989

Chapter 11
_____

## BALLOT CERTIFICATION

       The Debtor, Starfire Systems, Inc., by its attorneys, Hodgson Russ LLP, states the following for its Ballot Certification:

**As of July 7, 2010:**

    I.      **CLASS 3:**    **Secured Claim of Palladium Equity Partners III, L.P.**

               **NUMBER ACCEPTING PLAN:  1/0**
               **PERCENTAGE ACCEPTING PLAN: 100%**
               **DOLLAR AMOUNT OF CLAIMS ACCEPTING PLAN:    $ 2,300,000**
               **PERCENTAGE OF DOLLAR AMOUNT OF CLAIMS REJECTING PLAN: 0%**

### SUMMARY

| Creditor | Accepts Plan | Rejects Plan | Amount |
|---|---|---|---|
| Palladium Equity Partners III, L.P.<br>1270 Avenue of the Americas<br>Suite 2200<br>New York, NY 10020 | X | | $ 2,300,000 |

II. **CLASS 4:** **Disputed Secured Claims of: Henry McDonald, Richard Saburro, Counter Point Ventures Fund, LP, James Gibson, Philip Gross and Opalka Family Investment Partners, LP**

**NUMBER ACCEPTING PLAN: 0/5**
**PERCENTAGE ACCEPTING PLAN: 0%**
**DOLLAR AMOUNT OF CLAIMS ACCEPTING PLAN:      $ 0**
**PERCENTAGE OF DOLLAR AMOUNT OF CLAIMS REJECTING PLAN: 100%**

## SUMMARY

| Creditor | Accepts Plan | Rejects Plan | Amount |
|---|---|---|---|
| James Gibson<br>58 Lyon Place<br>Basking Ridge, NJ 07927 | | X | $100,000 |
| Philip M. Gross<br>8 Pellington Court<br>Pine Brook, NJ 07058 | | X | 75,000 |
| Richard Saburro<br>145 Church Street<br>Saratoga Springs, NY 12866 | | X | 25,000 |
| Counter Point Ventures Fund, LP<br>3000 Troy-Schenectady Road<br>Schenectady, NY 12309 | | X | 50,000 |
| Henry J. MacDonald<br>3 Beacon Hill Drive<br>Saratoga Springs, NY 12866 | | X | 25,000 |

2

### III.   CLASS 5:   General Unsecured Creditors

**NUMBER ACCEPTING PLAN:  9/17**
**PERCENTAGE ACCEPTING PLAN: 53%**
**DOLLAR AMOUNT OF CLAIMS ACCEPTING PLAN: $(58,879.66)**
**PERCENTAGE OF DOLLAR AMOUNT OF CLAIMS REJECTING PLAN:  78.3%**

### SUMMARY

| Creditor | Accepts Plan | Rejects Plan | Amount |
|---|---|---|---|
| Stanley Blanchard<br>2029 Lexington Parkway<br>Schenectady, NY 12309 | X | | 951.75 |
| UPS Freight<br>c/o RMS Bankruptcy Services<br>PO Box 4396<br>Timonium, MD 21094 | X | | 375.30 |
| United Parcel Services<br>c/o RMS Bankruptcy Services<br>PO Box 4396<br>Timonium, MD 21094 | X | | 1161.00 |
| Baker Associates<br>79674 Liga<br>La Quinta, CA 92253 | X | | 33,912.95 |
| Paul Chayka<br>MS&E Resources<br>31 Cortland Drive<br>New Milford, CT 06776 | X | | 10,512.00 |
| Kathleen L. Winckler<br>5 McCrea Hill Road<br>Ballston Spa, NY 12020 | X | | 4,136.16 |
| William H. Thielking<br>PO Box 122<br>Lake Pleasant, NY 12108 | X | | (2,800.00) |

056420/00021 Litigation 7561273v1

| Creditor | Accepts Plan | Rejects Plan | Amount |
|---|---|---|---|
| Univar USA Inc.<br>17425 NE Union Hill Road<br>Redmond, NH 98052 | X | | $2,075.00 |
| Goodwin Proctor LLP<br>53 State Street, Exchange Place<br>Boston, MA 02109 | X | | 2,955.50 |
| Stuart H. Brody<br>c/o Hiscock & Barclay<br>300 S. State Street<br>Syracuse, NY 13202 | | X | 35,000.00 |
| M&P Lab, Inc.<br>c/o Frank E. Anderson<br>2210 Technology Drive.<br>Schenectady, NY 12308 | | X | 239.00 |
| John E. Okonski<br>20 Middleburgh Street<br>Troy, New York 12180 | | X | 3,550.00 |
| Patricia A. Maguire<br>c/o Albany-Colonie Regional<br>Chamber of Commerce<br>One Computer Drive South<br>Albany, NY 12205 | | X | 100,000.00 |
| Emerick Associates Inc.<br>1107 Loudon R.D.<br>Cohoes, NY 12047 | | X | 1,213.38 |
| Carter, DeLuca, Farrell & Schmidt, LLP<br>445 Broad Hollow Road<br>Suite 420<br>Melville, NY 11747 | | X | 66,943.00 |
| Hiscock & Barclay<br>300 S. State Street<br>Syracuse, NY 13202 | | X | 2,421.00 |
| Savage Law Firm<br>PO Box 1160<br>450 Schauber Road<br>Ballston Spa, NY 12019 | | X | 3,444.00 |

4

IV. **CLASS 6:** **Allowed Secured Claim of former landlord on two (2) pieces of equipment arising from a Pre-Petition Attachment Order**

**NUMBER ACCEPTING PLAN: 0/1**
**PERCENTAGE ACCEPTING PLAN: 0%**
**DOLLAR AMOUNT OF CLAIMS ACCEPTING PLAN:      $ 0**
**PERCENTAGE OF DOLLAR AMOUNT OF CLAIMS REJECTING PLAN: 100%**

### SUMMARY

| Creditor | Accepts Plan | Rejects Plan | Amount |
|---|---|---|---|
| United Step I, LLC<br>300 Jordan Road<br>Troy, NY 12180 | | X | $ 964,517.78 |

V. **CLASS 7:** **Pre-Petition Shareholders**

**NUMBER ACCEPTING PLAN: 1/6**
**PERCENTAGE ACCEPTING PLAN: 16.6%**
**DOLLAR AMOUNT OF CLAIMS ACCEPTING PLAN:      $____**
**PERCENTAGE OF DOLLAR AMOUNT OF CLAIMS REJECTING PLAN: ___%**

### SUMMARY

| Creditor | Accepts Plan | Rejects Plan | Amount |
|---|---|---|---|
| John Okonski<br>2800 Seventh Avenue<br>Troy, NY 12180 | | X | $ 100,000 |
| Karl W. Broekhuizen<br>310 Miner Road<br>Porter Corners, NY 12859 | | X | 25,000 |
| Palladium Equity Partners III, L.P.<br>1270 Avenue of the Americas<br>Suite 2200<br>New York, NY 10020 | X | | _____ |

056420/00021 Litigation 7561273v1

Bonnie Singer
c/o Montage
30401 South Coast Highway
Laguna Beach, CA 92651                           X          _____

Herbert Armstrong
c/o Lemery Greisler LLC
50 Beaver Street, 2nd Floor
Albany, NY 12180                                 X          76,993.00

Opalka Family Investment Partners, L.P.
6 Heather Ridge
Averill Park, NY 12018                           X          _____


DATED:      July 12, 2010



                              HODGSON RUSS LLP
                              Attorneys for Debtor

                              By: _____
                                   RICHARD L. WEISZ
                              677 Broadway, Suite 301
                              Albany, New York 12207
                              (518) 465-2333

056420/00021 Litigation 7561273v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:                                              Case No. 09-12989

STARFIRE SYSTEMS, INC.,                             Chapter 11

                        Debtor.
_____

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON
YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER
OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN
EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE
COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND
EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE
AND RETURN THIS BALLOT.

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors,
represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount)
$ 1,500,000 of (describe security) SECURED DEBT of the above-named Debtors, with a stated maturity date of
MARCH 4, 2009 (if applicable, registered in the name of Palladium Equity) (if applicable, bearing serial number(s)
_____). Partners IX, L.P.

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $_____.

(Check One):            ✓ ACCEPTS         ___ REJECTS

the Plan for the reorganization of the above-named Debtors.

DATED: _July 6_, 2010

                    Print or Type Name:     MARCOS A. RODRIGUEZ, MANAGING DIRECTOR,
                                            PALLADIUM CAPITAL MANAGEMENT III LLC

                    Signed by:
                    (if appropriate)        By:  _____
                                            As:  Advisor to PALLADIUM EQUITY PARTNERS
                    Address:                                                  III, L.P.

**RETURN THIS BALLOT ON OR BEFORE:  JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:**

                    RICHARD L. WEISZ, ESQ.
                    HODGSON RUSS LLP
                    **Attorneys for Debtor**
                    677 Broadway, Suite 301
                    Albany, New York 12207
                    (518) 465-2333

056420/00000 Litigation 7385109v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

        **STARFIRE SYSTEMS, INC.,**

                 **Debtor.**

_____

**Case No. 09-12989**

**Chapter 11**

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
### FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _7/2/2010_

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of ____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $ _100,000_ of (describe security) _Sr. Sec. note_ of the above-named Debtors, with a stated maturity date of _10/1/09_ (if applicable, registered in the name of _James GGh_ ) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $_____.

        **(Check One):**      ___ **ACCEPTS**    ✔ **REJECTS**

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** _July 2_ , 2010

           **Print or Type Name:** _XJames G Gibic_

           **Signed by:**
           **(if appropriate)**    **By:**
                       **As:**

           **Address:** _58 Lyon Place_
                            _Basking Ridge, N.J. 07921._

**RETURN THIS BALLOT ON OR BEFORE:**   **JULY 7, 2010, NO LATER THAN 5:00 P.M. (EST), TO:**

                   **RICHARD L. WEISZ, ESQ.**
                   **HODGSON RUSS LLP**
                   **Attorneys for Debtor**
                   **677 Broadway, Suite 301**
                   **Albany, New York 12207**
                   **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

        STARFIRE SYSTEMS, INC.,

              **Debtor.**

_____

Case No. 09-12989

Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _July 7, 2010_

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of ____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_75,000.00_ of (describe security) _See below -1_____ of the above-named Debtors, with a stated maturity date of _10/13/2009_____ (if applicable, registered in the name of _Philip M. Gross___) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $_____.

        **(Check One):**      ____ **ACCEPTS**    X **REJECTS**

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** _6-17-2010_____ , 2010

                **Print or Type Name:**    _Philip M. Gross_

                **Signed by:**
                **(if appropriate)**    **By:**

                **Address:**    **As:** _8 Pellington Ct, Pine Brook, NJ 07058_

**RETURN THIS BALLOT ON OR BEFORE:**   **JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:**

                **RICHARD L. WEISZ, ESQ.**
                **HODGSON RUSS LLP**
                **Attorneys for Debtor**
                **677 Broadway, Suite 301**
                **Albany, New York 12207**
                **(518) 465-2333**

1) Convertable Senior Secured Bridge Note

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

        Case No.  09-12989

      **STARFIRE SYSTEMS, INC.,**

        Chapter 11

        **Debtor.**

_____

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
### FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN.  IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT.  TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)**  The undersigned, the holder of (state unpaid principal amount) $ 25,000 of (describe security) senior secured note  of the above-named Debtors, with a stated maturity date of 10-27-09  (if applicable, registered in the name of Richard Saburro) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $_____.

      **(Check One):**      ___ **ACCEPTS**    ✗ **REJECTS**

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** 6-28-10 , **2010**

        **Print or Type Name:**    Richard Saburro

        **Signed by:**
        **(if appropriate)**    **By:**

        **Address:**    **As:**
         145 Church St. Saratoga Springs, NY 12866

**RETURN THIS BALLOT ON OR BEFORE:**   JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), **TO:**

        **RICHARD L. WEISZ, ESQ.**
        **HODGSON RUSS LLP**
        **Attorneys for Debtor**
        **677 Broadway, Suite 301**
        **Albany, New York  12207**
        **(518) 465-2333**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

In re:

        **STARFIRE SYSTEMS, INC.,**

               **Debtor.**

_____

**Case No. 09-12989**

**Chapter 11**

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $ 50,000 of (describe security) Conv Sr Secured Bridge Note of the above-named Debtors, with a stated maturity date of 10/13/2009 (if applicable, registered in the name of Counter Point Ventures Fund LP ) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $_____.

      **(Check One):** _____ **ACCEPTS** ☒ **REJECTS**

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** 06/18 , 2010

        **Print or Type Name:**    Counter Point Ventures Fund, LP

        **Signed by:**        Walter L. Robb
        **(if appropriate)**    **By:**   Walter L. Robb
                           **As:**
        **Address:**       General Partner
                           3000 Troy-Schenectady Road
                           Schenectedy, NY 12309

**RETURN THIS BALLOT ON OR BEFORE:** **JULY 7, 2010** , **NO LATER THAN 5:00 P.M. (EST)**, TO:

                         **RICHARD L. WEISZ, ESQ.**
                         **HODGSON RUSS LLP**
                         **Attorneys for Debtor**
                         **677 Broadway, Suite 301**
                         **Albany, New York 12207**
                         **(518) 465-2333**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

In re:

        **STARFIRE SYSTEMS, INC.,**

                **Debtor.**

_____

**Case No. 09-12989**

**Chapter 11**

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of ____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $ _25,000._ of (describe security) _Con. Sen Sec BK. Note_ of the above-named Debtors, with a stated maturity date of _10/27/09_ (if applicable, registered in the name of _Henry J. MacDonald_) (if applicable, bearing serial number(s) _____ ).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ _25,000._ .

    **(Check One):** ___ **ACCEPTS** _X_ **REJECTS**

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** _June 17_ , 2010

        **Print or Type Name:** _Henry J. MacDonald_

        **Signed by:**
        **(if appropriate)** _Henry J MacDonald_
        **By:**
        **As:**
        **Address:** _3 Beacon Hill Dr. Saratoga Spgs_
        _NY 12866_

**RETURN THIS BALLOT ON OR BEFORE: JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:**

        **RICHARD L. WEISZ, ESQ.**
        **HODGSON RUSS LLP**
        **Attorneys for Debtor**
        **677 Broadway, Suite 301**
        **Albany, New York 12207**
        **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:

STARFIRE SYSTEMS, INC.,                          Case No. 09-12989

                    Debtor.                       Chapter 11
_____

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
### FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

FILED-BY DATE: _July 2, 2010_

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.

**(if equity security holder)** The undersigned, the holder of ____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____ ).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ _95,075._

    (Check One):    ✓ ACCEPTS    ___ REJECTS

the Plan for the reorganization of the above-named Debtors.

DATED: _July 2_, 2010

        Print or Type Name:    _STANLEY BLANCHARD_

        Signed by:    _Stanley Blanchard_
        (if appropriate)    By: _2029 Lexington Parkway_
                As:
        Address:    _Schenectady NY 12309_

RETURN THIS BALLOT ON OR BEFORE:  **JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:**

        RICHARD L. WEISZ, ESQ.
        HODGSON RUSS LLP
        Attorneys for Debtor
        677 Broadway, Suite 301
        Albany, New York 12207
        (518) 465-2333

056420/00000 Litigation 7385109v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:

        **STARFIRE SYSTEMS, INC.,**

                 **Debtor.**
_____

**Case No. 09-12989**

**Chapter 11**

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ 375 ~~30~~ .

    **(Check One):**      ✓ **ACCEPTS**   ___ **REJECTS**

the Plan for the reorganization of the above-named Debtors.

**DATED:** _6 . | 9 . 10_ , 2010

| | |
|---|---|
| **Print or Type Name:** | UPS Freight |
| **Signed by:** (if appropriate) | Carolyn Meehan |
| | **By:** Carolyn Magaha |
| | **As:** Agent |
| **Address:** | United Parcel Services/Freight |
| | c/o RMS Bankruptcy Services |
| | PO Box 4396 |
| | Timonium, MD 21094 |

**RETURN THIS BALLOT ON OR BEFORE:**   JULY 7, 2010 , NO LATER THAN 5:00

                      **RICHARD L. WEISZ, ESQ.**
                      **HODGSON RUSS LLP**
                      **Attorneys for Debtor**
                      **677 Broadway, Suite 301**
                      **Albany, New York 12207**
                      **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

        **STARFIRE SYSTEMS, INC.,**

                  **Debtor.**

_____

**Case No.  09-12989**

**Chapter 11**

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN.  IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT.  TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.

**(if equity security holder)**  The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)**  The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____ ).

**(if holder of general claim)**  The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ _1161.⁰⁰_ .

    **(Check One):**      _✓_ **ACCEPTS**    ___ **REJECTS**

the Plan for the reorganization of the above-named Debtors.

**DATED:** ___6 . 18___, 2010

                **Print or Type Name:**   _United Parcel Services_

                **Signed by:**
                **(if appropriate)**     **By:** CAROLYN MAGAHA
                                 **As:** Agent

                **Address:**                United Parcel Services
                                 c/o RMS Bankruptcy Services
**RETURN THIS BALLOT ON OR BEFORE:  JULY 7, 2010 , NO LATER THAN 5:00**  PO Box 4396
                                 Timonium, MD  21094

                       **RICHARD L. WEISZ, ESQ.**
                       **HODGSON RUSS LLP**
                       **Attorneys for Debtor**
                       **677 Broadway, Suite 301**
                       **Albany, New York  12207**
                       **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

       **STARFIRE SYSTEMS, INC.,**

             **Debtor.**

_____

Case No. 09-12989

Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** ~~June 27, 2010~~

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ 33,912.95.

    **(Check One):**      X **ACCEPTS**   ___ **REJECTS**

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** ~~June 27~~_____, 2010

         **Print or Type Name:**    BAKER ASSOCIATES

         **Signed by:**    W~~ D Baker~~
         **(if appropriate)**    **By:**

         **Address:**    **As:** 79674 Liga
                           La Quinta CA 92253

**RETURN THIS BALLOT ON OR BEFORE:**  JULY 7, 2010, NO LATER THAN 5:00 P.M. (EST), TO:

                  **RICHARD L. WEISZ, ESQ.**
                  **HODGSON RUSS LLP**
                  **Attorneys for Debtor**
                  **677 Broadway, Suite 301**
                  **Albany, New York 12207**
                  **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

        **STARFIRE SYSTEMS, INC.,**

                  **Debtor.**

_____

**Case No. 09-12989**

**Chapter 11**

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
### FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of ____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ _10,512_ .

        **(Check One):**      **X** ACCEPTS     ___ REJECTS

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** _June 22_____ , 2010

                    **Print or Type Name:**     PAUL CHAYKA

                    **Signed by:**      Paul Chayka
                    **(if appropriate)**     **By:** President, MS+E Resources
                                    **As:**

                    **Address:**     31 CORTLAND DR
                                       NEW MILFORD CT 06776

**RETURN THIS BALLOT ON OR BEFORE: JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:**

                                        **RICHARD L. WEISZ, ESQ.**
                                        **HODGSON RUSS LLP**
                                        **Attorneys for Debtor**
                                        **677 Broadway, Suite 301**
                                        **Albany, New York 12207**
                                        **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:

    **STARFIRE SYSTEMS, INC.,**

        **Debtor.**
_____

**Case No. 09-12989**

**Chapter 11**

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
### FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ *4,136.16*

    **(Check One):**        ✓ **ACCEPTS**    ___ **REJECTS**

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** _6/17_ , 2010

        **Print or Type Name:**    *Kathleen L. Winckler*

        **Signed by:**    *Kain L Winckler*
        **(if appropriate)**    **By:**

        **Address:**    **As:** *5 McCrea Hill Rd. Ballston Spa NY*
                *12020*

**RETURN THIS BALLOT ON OR BEFORE:**  **JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST)**, TO:

        **RICHARD L. WEISZ, ESQ.**
        **HODGSON RUSS LLP**
        **Attorneys for Debtor**
        **677 Broadway, Suite 301**
        **Albany, New York 12207**
        **(518) 465-2333**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

In re:

      **STARFIRE SYSTEMS, INC.,**

              **Debtor.**

_____

**Case No. 09-12989**

**Chapter 11**

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of ____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $_____.

    **(Check One):**      _✓_ **ACCEPTS**     ___ **REJECTS**

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** _3 July_____ , 2010

             **Print or Type Name:** _William H. Thielking_

             **Signed by:**
             **(if appropriate)**      **By:** _William Thielking_

                      **As:**
             **Address:** _Po Box 122, Lake Pleasant NY 12108_

**RETURN THIS BALLOT ON OR BEFORE:**  **JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST)**, TO:

                **RICHARD L. WEISZ, ESQ.**
                **HODGSON RUSS LLP**
                **Attorneys for Debtor**
                **677 Broadway, Suite 301**
                **Albany, New York 12207**
                **(518) 465-2333**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

        **STARFIRE SYSTEMS, INC.,**

                **Debtor.**

**Case No. 09-12989**

**Chapter 11**

<u>**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S**</u>
<u>**FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION**</u>

**FILED-BY DATE:** 7/2/10

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of ____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ 2,075.00.

    **(Check One):**     ✓ **ACCEPTS**    ___ **REJECTS**

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** 07/02/10 , 2010

        **Print or Type Name:** _Ivan Canini Univar USA Inc._

        **Signed by:**
        **(if appropriate)** By: _Director - Corp Credit_

        **Address:** _17425 NE Union Hill Rd_
               _Redmond, WA 98052_

**RETURN THIS BALLOT ON OR BEFORE:**  <u>**JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST)**</u>, **TO:**

        **RICHARD L. WEISZ, ESQ.**
        **HODGSON RUSS LLP**
        **Attorneys for Debtor**
        **677 Broadway, Suite 301**
        **Albany, New York 12207**
        **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

      **STARFIRE SYSTEMS, INC.,**

                   **Debtor.**

_____

**Case No. 09-12989**

**Chapter 11**

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of ____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ *2, 955.50*

      **(Check One):**     *✓* **ACCEPTS**     ___ **REJECTS**

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** *June 21*, 2010

             **Print or Type Name:**     *Goodwin Procter LLP*

             **Signed by:**
             **(if appropriate)**     **By:** *DANIEL M. GLOSBAND*
                            **As:** *PARTNER*
             **Address:**     *53 STATE ST. EXCHANGE PLACE*
                                 *Boston, MA 02109*

**RETURN THIS BALLOT ON OR BEFORE: JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:**

                        **RICHARD L. WEISZ, ESQ.**
                        **HODGSON RUSS LLP**
                        **Attorneys for Debtor**
                        **677 Broadway, Suite 301**
                        **Albany, New York 12207**
                        **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

STARFIRE SYSTEMS, INC.,

Debtor.

Case No. 09-12989

Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

FILED-BY DATE: Debtor/June 4, 2010

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.

(if equity security holder) The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

(if bondholder, debenture holder, or other debt security holder) The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

(if holder of general claim) The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ 35,000.00

(Check One):    ___ ACCEPTS    x REJECTS

the Plan for the reorganization of the above-named Debtors.

DATED: June, 29 , 2010

Print or Type Name:    Hiscock & Barlcay, LLP
_____

Signed by:
(if appropriate)    By: J. Eric Charlton, Esq.
As: Attorney for Stuart H. Brody
Address:    300 S. State Street
Syracuse, NY 13202-2078

RETURN THIS BALLOT ON OR BEFORE: JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:

RICHARD L. WEISZ, ESQ.
HODGSON RUSS LLP
Attorneys for Debtor
677 Broadway, Suite 301
Albany, New York 12207
(518) 465-2333

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:                                          Case No. 09-12989

      STARFIRE SYSTEMS, INC.,

                  Debtor.          Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

FILED-BY DATE: _____

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.

(if equity security holder) The undersigned, the holder of ____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

(if bondholder, debenture holder, or other debt security holder)  The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

(if holder of general claim) The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ 239.00 ____.

    (Check One):          ____ ACCEPTS     X REJECTS

the Plan for the reorganization of the above-named Debtors.

DATED: July 7 ____, 2010

                Print or Type Name:     FRANK E. ANDERSON

                Signed by:               F.E. Ander
                (if appropriate)         By: PRESIDENT, THE M&P LAB, INC
                              As:
                Address:                 Schenectady, NY

RETURN THIS BALLOT ON OR BEFORE:  JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:

                        RICHARD L. WEISZ, ESQ.
                        HODGSON RUSS LLP
                        Attorneys for Debtor
                        677 Broadway, Suite 301
                        Albany, New York  12207
                        (518) 465-2333

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

STARFIRE SYSTEMS, INC.,

Case No. 09-12989

Chapter 11

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

FILED-BY DATE: _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of ____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ *3,550.00*

(Check One):        ___ ACCEPTS      X REJECTS

the Plan for the reorganization of the above-named Debtors.

DATED: *July 2* , 2010

Print or Type Name:            *JOHN E. OKONSKI*

Signed by:                          *John E. Okonski*
(if appropriate)                   By:
                                          As:
Address:                            *20 Middleburgh Street*
                                          *TROY, NY 12180*

RETURN THIS BALLOT ON OR BEFORE:  JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:

RICHARD L. WEISZ, ESQ.
HODGSON RUSS LLP
Attorneys for Debtor
677 Broadway, Suite 301
Albany, New York 12207
(518) 465-2333

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

Case No. 09-12989

STARFIRE SYSTEMS, INC.,

Chapter 11

Debtor.

_____

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
### FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ _/00, 000_ .

**(Check One):**   ___ ACCEPTS   ✓ REJECTS

the Plan for the reorganization of the above-named Debtors.

**DATED:** _7. /._____, 2010

**Print or Type Name:**   _Patricia A. Maguire_

**Signed by:**
**(if appropriate)**   _Patricia A. Maguire_

**By:**
**As:** _COO, Albany-Colonie Regional Chamber_
_of Commerce_

**Address:**

**RETURN THIS BALLOT ON OR BEFORE:** **JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:**

> **RICHARD L. WEISZ, ESQ.**
> **HODGSON RUSS LLP**
> **Attorneys for Debtor**
> **677 Broadway, Suite 301**
> **Albany, New York 12207**
> **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:

      **STARFIRE SYSTEMS, INC.,**

                  Debtor.
_____

**Case No. 09-12989**

**Chapter 11**

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
### FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $ _13/3.38_ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ _____.

      **(Check One):**          ___ ACCEPTS    ✓ **REJECTS**

the Plan for the reorganization of the above-named Debtors.

**DATED:** _____7/2_____, 2010

                    **Print or Type Name:**    *Donna Cmerick*

                    **Signed by:**        *Donna Cmerick*
                    **(if appropriate)**    **By:** _____
                                  **As:**  *V.P.*
                    **Address:**      *1107 Loudon Rd Cohoes NY*

                                                         *12047*

**RETURN THIS BALLOT ON OR BEFORE:**  **JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST),** TO:

                    **RICHARD L. WEISZ, ESQ.**
                    **HODGSON RUSS LLP**
                    **Attorneys for Debtor**
                    **677 Broadway, Suite 301**
                    **Albany, New York 12207**
                    **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

       **STARFIRE SYSTEMS, INC.,**

             **Debtor.**

**Case No. 09-12989**

**Chapter 11**

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ *66,943.00*

       **(Check One):** _____ **ACCEPTS** ✗ **REJECTS**

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** *July 2* , **2010**

               **Print or Type Name:** *Carter, DeLuca Farrell & Schmidt, LLP*

               **Signed by:**
               **(if appropriate)** *By: Raymond E Farrell*
                            *As: Partner*
               **Address:** *445 Broad Hollow Rd, Ste. 420*
                          *Melville, NY 11747*

**RETURN THIS BALLOT ON OR BEFORE:  JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:**

               **RICHARD L. WEISZ, ESQ.**
               **HODGSON RUSS LLP**
               **Attorneys for Debtor**
               **677 Broadway, Suite 301**
               **Albany, New York 12207**
               **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

      **STARFIRE SYSTEMS, INC.,**

                **Debtor.**

_____

**Case No. 09-12989**

**Chapter 11**

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:**  _Debtor/June 4, 2010_

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)**  The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)**  The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)**  The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ _2,421.00_ .

      **(Check One):**      ___ **ACCEPTS**   _x_ **REJECTS**

**the Plan for the reorganization of the above-named Debtors.**

**DATED:**  _June 29,_ , **2010**

|  |  |
|---|---|
| **Print or Type Name:** | Hiscock & Barclay, LLP |
| **Signed by:** (if appropriate) | By: J. Eric Charlton |
| **Address:** | As: Attorney for Hiscock & Barclay 300 S. State St. Syracuse, NY  13202-2078 |

**RETURN THIS BALLOT ON OR BEFORE:**  **JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST),** TO:

      **RICHARD L. WEISZ, ESQ.**
      **HODGSON RUSS LLP**
      **Attorneys for Debtor**
      **677 Broadway, Suite 301**
      **Albany, New York 12207**
      **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

**STARFIRE SYSTEMS, INC.,**

Debtor.

Case No. 09-12989

Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** 7/7/2010

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.

(if equity security holder) The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

(if bondholder, debenture holder, or other debt security holder) The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

(if holder of general claim) The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ 3444.00

(Check One):          ___ ACCEPTS     ✓ REJECTS

the Plan for the reorganization of the above-named Debtors.

DATED: JULY 7 , 2010

Print or Type Name:

Signed by:
(if appropriate)

Address:

SAVAGE LAW FIRM, P.C.

By: RALPH M. SAVAGE
As: PRESIDENT
P.O. Box 1160, 450 SCHAUBER ROAD
BALLSTON LAKE, NY 12019

RETURN THIS BALLOT ON OR BEFORE:  JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:

RICHARD L. WEISZ, ESQ.
HODGSON RUSS LLP
Attorneys for Debtor
677 Broadway, Suite 301
Albany, New York 12207
(518) 465-2333

To: RICHARD L. WEISZ
FAX No. 518-465-1567

056420/00000 Litigation 7385109v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

STARFIRE SYSTEMS, INC.,

Debtor.

Case No. 09-12989

Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _July 7, 2010_

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON
YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER
OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN
EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE
COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND
EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE
AND RETURN THIS BALLOT.

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors,
represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount)
$_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of
_____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s)
_____ ).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ _964,517.78_

(Check One):          ___ ACCEPTS     ✓ REJECTS

the Plan for the reorganization of the above-named Debtors.

**DATED:** _July 6_, 2010

Print or Type Name:          MICHAEL J. UCCELLINI

Signed by:
(if appropriate)          _Michael J. Uccell_
                          By: UNITED STEP I, LLC
As:          MANAGER
Address:          300 Jordan Rd., Troy, N.Y.
                                                    12180

**RETURN THIS BALLOT ON OR BEFORE:** **JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST)**, TO:

RICHARD L. WEISZ, ESQ.
HODGSON RUSS LLP
Attorneys for Debtor
677 Broadway, Suite 301
Albany, New York 12207
(518) 465-2333

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

        Case No. 09-12989

    **STARFIRE SYSTEMS, INC.,**

        Chapter 11

        **Debtor.**

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of 100,000 shares of (describe type) _Series A Convertable Preferred Stock_ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _John Okonski_.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ _100,000.00_.

    **(Check One):**    ___ ACCEPTS   ✓ REJECTS

**the Plan for the reorganization of the above-named Debtors.**

**DATED:** _1 July_, 2010

        **Print or Type Name:**   _John E. Okonski_

        **Signed by:**
        **(if appropriate)**   **By:** _TROY BoilerWerks_
                      **As:** _2800 - 7th ave._
        **Address:**        _Troy N.Y. 12180_

**RETURN THIS BALLOT ON OR BEFORE: JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:**

        RICHARD L. WEISZ, ESQ.
        HODGSON RUSS LLP
        Attorneys for Debtor
        677 Broadway, Suite 301
        Albany, New York 12207
        (518) 465-2333

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

        STARFIRE SYSTEMS, INC.,

                Debtor.

_____

Case No. 09-12989

Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

FILED-BY DATE: _____

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.

**(if equity security holder)** The undersigned, the holder of ____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $ _25,000.⁰⁰_ of (describe security) _Convertible Note *_ of the above-named Debtors, with a stated maturity date of _October, 2009_ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

_* Dated November, 2008_

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $_____.

(Check One):      ___ ACCEPTS    ✓ REJECTS

the Plan for the reorganization of the above-named Debtors.

DATED: _June 28_ , 2010

        Print or Type Name:     _Karl W. Broekhuizen_

        Signed by:          _K W Broekhuizen_
        (if appropriate)      By:

                       As:
        Address:         _310 Miner Road_
                      _Porter Corners, NY 12859-1743_

RETURN THIS BALLOT ON OR BEFORE: __JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST)__, TO:

        RICHARD L. WEISZ, ESQ.
        HODGSON RUSS LLP
        **Attorneys for Debtor**
        677 Broadway, Suite 301
        Albany, New York 12207
        (518) 465-2333

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

        **STARFIRE SYSTEMS, INC.,**

                 **Debtor.**

_____

**Case No. 09-12989**

**Chapter 11**

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
### FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

(if equity security holder) The undersigned, the holder of _9,671,570_ shares of (describe type) _Series C pref_ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _Palladium Equity Partners II, L.P._

(if bondholder, debenture holder, or other debt security holder) The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____ ).

(if holder of general claim) The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $_____.

    (Check One):    _✓_ **ACCEPTS**   ___ **REJECTS**

the Plan for the reorganization of the above-named Debtors.

DATED: _July 6_ , 2010

        **Print or Type Name:**

        **Signed by:**
        **(if appropriate)**

        **Address:**

_MARCOS A. RODRIGUEZ, MANAGING DIRECTOR_
_PALLADIUM CAPITAL MANAGEMENT III, LLC_

By: _Advisor to_
As: _Palladium Equity Partners III, L.P._

**RETURN THIS BALLOT ON OR BEFORE:** JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:

        RICHARD L. WEISZ, ESQ.
        HODGSON RUSS LLP
        Attorneys for Debtor
        677 Broadway, Suite 301
        Albany, New York 12207
        (518) 465-2333

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**

In re:

STARFIRE SYSTEMS, INC.,

**Case No. 09-12989**

Debtor.

**Chapter 11**

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

**FILED-BY DATE:** _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON
YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER
OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN
EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE
COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND
EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE
AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors.
represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount)
$_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of
_____ _ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s)
_____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $_____.

(Check One):          ___ ACCEPTS    ☒ REJECTS

the Plan for the reorganization of the above-named Debtors.

DATED:  **7 / 6 /** , 2010

Print or Type Name:    Bonnie Singer

Signed by:
(if appropriate)      Bonnie Singer
                      By:
Address:              As:

**RETURN THIS BALLOT ON OR BEFORE:  JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST), TO:**

**RICHARD L. WEISZ, ESQ.
HODGSON RUSS LLP
Attorneys for Debtor
677 Broadway, Suite 301
Albany, New York 12207
(518) 465-2333**

056420/00000 Litigation 7385109v1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

        **STARFIRE SYSTEMS, INC.,**

                **Debtor.**

Case No. 09-12989

Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

FILED-BY DATE: _____

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____.

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____).

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $ 76,993.00 .

    **(Check One):**      ___ ACCEPTS  <u>X</u> REJECTS

**the Plan for the reorganization of the above-named Debtors.**

DATED: _____June 16_____ , 2010

        **Print or Type Name:**    Herbert Armstrong

        **Signed by:**
        **(if appropriate)**    By: Paul A. Levine, Esq.
                    As: Attorney

        **Address:**          50 Beaver Street
                    Albany, NY 12207

RETURN THIS BALLOT ON OR BEFORE: <u>JULY 7, 2010 , NO LATER THAN 5:00 P.M. (EST)</u>, TO:

                          **RICHARD L. WEISZ, ESQ.**
                          **HODGSON RUSS LLP**
                          **Attorneys for Debtor**
                          **677 Broadway, Suite 301**
                          **Albany, New York 12207**
                          **(518) 465-2333**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

STARFIRE SYSTEMS, INC.,

**Case No. 09-12989**

Debtor.

**Chapter 11**

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
### FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

FILED-BY DATE: _July 6, 2010_

**THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAN ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.**

**(if equity security holder)** The undersigned, the holder of _____ shares of (describe type) _____ stock of the above-named Debtors, represented by Certificate(s) No. _____, registered in the name of _____. _(see attachment)_

**(if bondholder, debenture holder, or other debt security holder)** The undersigned, the holder of (state unpaid principal amount) $_____ of (describe security) _____ of the above-named Debtors, with a stated maturity date of _____ (if applicable, registered in the name of _____) (if applicable, bearing serial number(s) _____). _(see attachment)_

**(if holder of general claim)** The undersigned, a creditor of the above-named Debtors in the unpaid principal amount of $_____.

(Check One):        ___ ACCEPTS        ✓ **REJECTS**

the Plan for the reorganization of the above-named Debtors.

DATED: _July 6_, 2010

Print or Type Name:        _Opalka Family Investment Partners, L.P._

Signed by:
(if appropriate)

By: _Cnet Opalka_
As: President Opalka Management Inc. as GP of Opalka Family Investment Partners L.P.

Address:        _6 Heather Ridge_
_Averill Park, NY 12018_

RETURN THIS BALLOT ON OR BEFORE: __JULY 7, 2010, NO LATER THAN 5:00 P.M. (EST), TO:__

RICHARD L. WEISZ, ESQ.
HODGSON RUSS LLP
Attorneys for Debtor
677 Broadway, Suite 301
Albany, New York 12207
(518) 465-2333

**Attachment to**
**Starfire Systems, Inc. Debtor**
<u>**Ballot for Accepting or Rejecting**</u>
<u>**First Amended Chapter 11 Plan of Reorganization**</u>

<u>Equity Holdings</u>
163,651 shares of Common Stock of the above-named Debtors, represented by Certificate(s) No.
C-13, C-14, C53, C-87, registered in the name of Opalka Family Investment Partners L.P..

486,332 shares of Preferred Stock of the above-named Debtors, represented by Certificate(s) No.
A1-19, A1-22, A1-45, A1-46, A1-49, A1-50, A1-88, registered in the name of Opalka Family
Investment Partners L.P..

<u>Bond Holdings</u>
$50,000 of Convertible Senior Secured Bridge Note the above-named Debtors, with a stated
maturity date of October 27, 2009

**Opalka Family Investment Partners, L.P.**

By:

Chet Opalka, President of Opalka Management, Inc as general partner of Opalka Family
Investment Partners, L.P.

$JVLY\ 6,\ 2010$
Date